Page 1of 2

CIRCUIT COURT FOR CHARLES COUNTY
Sharon L. Hancock
Clerk of the Circuit Court
200 Charles Street
P.O. Box 970
La Plata, MD 20646
(888)-932-2072, TTY for Deaf: (800)-201-7165
Civil(301)932-3215   Support(301)932-3245   Criminal(301)932-3220   Juv(301)932-3230

W R I T   O F   S U M M O N S                Case Number: 08-C-13-000113

C I V I L

John Hill vs Wilmington Finance Inc, et al

STATE OF MARYLAND, CHARLES COUNTY, TO WIT:

    To: Nationstar Mortgage

        350 Highland Drive
        Lewisville, TX 75067

You are hereby summoned to file a written response by pleading or motion, within 60 days after service of this summons upon you, in this Court, to the attached Complaint filed by:

    John Hill
    3071 Donegal Court

    Waldorf, MD 20602-

WITNESS the Honorable Chief Judge of the Seventh Judicial Circuit of Maryland.

Date Issued: 01/14/13

Sharon L. Hancock
Clerk of the Circuit Court

To the person summoned:

FAILURE TO FILE A RESPONSE WITHIN THE TIME ALLOWED MAY RESULT IN A JUDGMENT BY DEFAULT TO THE GRANTING OF THE RELIEF SOUGHT AGAINST YOU.

Personal attendance in court on the day named is NOT required.

\* \* \* \* S H E R I F F' S   R E T U R N \* \* \* \*

CIRCUIT COURT FOR CHARLES COUNTY, MARYLAND

Case Number: 08-C-13-000113

John Hill vs Wilmington Finance Inc, et al

I certify that I delivered a copy of Writ of Summons and:

_____

To: Nationstar Mortgage

Personally at: _____

On this _____ Day of _____, _____

By _____ ID No _____ Sheriff _____

_____

Instructions to Returned To Plaintiff:

1. This summons is effective for service only if served within 60 days after the date it is issued.
2. Proof of service shall set out the name of the person served, date and the particular place and manner of service. If service is not made, Please state the reasons.
3. Return of served or unserved process shall be made promptly.