UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| JOHN HILL, | * | |
|     Plaintiff | * | |
| v. | * | Civil Action No.: 13-cv-00524-RWT |
| WILMINGTON FINANCE, INC. et al., | * | |
|     Defendants | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### OPPOSITION OF DEFENDANTS WILMINGTON FINANCE AND NATIONSTAR MORTGAGE TO PLAINTIFF'S "MOTION CRAVING OYER"

Defendants Wilmington Finance, Inc. ("Wilmington") and Nationstar Mortgage, LLC ("Nationstar"), by their attorneys, hereby oppose the "Motion Craving Oyer" (the "Motion")[1] filed by Plaintiff, John Hill, and state as follows:

1.  Plaintiff John Hill ("Plaintiff"), filed suit against Wilmington, Nationstar and eight other defendants in the Circuit Court for Charles County (Maryland), on or about January 14, 2013, and the case was removed to this Court on February 15, 2013. (Docs. 1-2)

2.  Several defendants, including Wilmington, Nationstar, Wells Fargo, Countrywide, and CWABS, have moved to dismiss the Complaint. (Docs. 7, 11, 16)

---

[1] Neither the Federal Rules of Civil Procedure nor the Local Rules of this Court provide for a "Motion Craving Oyer." The Motion appears to be a motion to compel discovery, and Wilmington and Nationstar respectfully request that the Court treat is as such.

Those motions are currently pending before the Court, and no scheduling order has yet been issued.

3. On July 8, 2013, Plaintiff filed a "Motion Craving Oyer," asking the Court to "compel the Complainant [sic] to produce proof of its case[.]" (Doc. 22)[2]

4. Plaintiff specifically requests that the Court compel the production of various documents and information related to his mortgage loan, which he claims are relevant to his Quiet Title Complaint. (Doc. 22 ¶¶ 2(A)-(C))

5. Plaintiff's request is premature. Pursuant to Local Rule 104.4, discovery may not commence until a scheduling order is issued. Further, Plaintiff has not served Wilmington or Nationstar with discovery requests, and a motion to compel discovery is only appropriate after a party has failed to respond to such requests. See Fed. R. Civ. P. 37(a)(3)(B).

WHEREFORE, for the reasons stated herein, Wilmington and Nationstar respectfully request that the Court enter an order denying Plaintiff's Motion and granting such other and further relief as may be appropriate.

---

[2] Throughout the Motion, Plaintiff refers to himself as a "Respondent" and to the defendants in this case collectively as "Complainant." In fact, Plaintiff himself is the complainant in this matter, having filed the initial Complaint in state court. It is axiomatic that the plaintiff in a civil action bears the ultimate burden of proving his case.

Respectfully submitted,

     /s/ Robert A. Scott
Robert A. Scott (Fed. ID No. 24613)
Glenn A. Cline (Fed. ID No. 26672)
BALLARD SPAHR LLP
300 E. Lombard Street, 18th Floor
Baltimore, Maryland 21202
Telephone: 410-528-5600

*Attorneys for Defendants Nationstar Mortgage and Wilmington Finance*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 25th day of July, 2013, copies of the foregoing Opposition were filed via ECF and mailed by first class mail, postage prepaid to:

John Hill
23564 Gunnel Drive
Leonardtown, Maryland 20650

Edward Win-Teh Chang
Blank Rome LLP
One Logan Square
130 North 18th Street
Philadelphia, PA 19103

James Robert Billings Kang
Blank Rome LLP
Watergate 600 New Hampshire Avenue, NW
Washington, D.C. 20037

The Bank of New York Mellon
1 Wall Street, Manhattan
New York, New York 10005

International Mortgage Co.
450 N. Brand Boulevard, Ste. 150
Glendale, California 91203

Matthew D. Cohen
BWW Law Group, LLC
4520 East-West Highway, Suite 200
Bethesda, MD 20814

Premium Capital Funding LLC
125 Jericho Turnpike, Ste. 400
Jericho New York 11753

CIT Group/Consumer Finance, Inc.
8000 Sagemore Drive, Ste. 8202
Marlton, New Jersey 08053

                        /s/ Robert A. Scott
                        Robert A. Scott

DMEAST #17239699 v1