**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **JOHN HILL,** | * | |
| Plaintiff, | * | |
| v. | * | Case No. 13-cv-524-RWT |
| **WILMINGTON FINANCE, INC.,** *et al.*, | * | |
| Defendants. | * | |

## ORDER

On August 29, 2013, this Court issued a Memorandum Opinion and Order granting Defendants' Motions to Dismiss and directing the Clerk to close this case. Despite closure of the case, the Plaintiff has continued to file various pleadings with the Court. ECF Nos. 31, 32, 35. As this case has been closed, it is this 21st day of May, 2014, by the United States District Court for the District of Maryland,

**ORDERED**, that the Plaintiff's filing docketed as a Motion for Sanctions (ECF No. 35) is **DENIED**.

/s/
ROGER W. TITUS
UNITED STATES DISTRICT JUDGE