IN THE CIRCUIT COURT FOR MONTGOMERY COUNTY, MARYLAND

UNITED STATES OF AMERICA
Plaintiff

vs.

Case No.: 396681-V

TEDDY MCCAIN
Defendant

Other Court's Case#: PWG-13-000524

**NOTICE OF FOREIGN JUDGMENT**
(558)

**I HEREBY CERTIFY** that the following Judgment was recorded in this Court in the above entitled case on October 20th, 2014:

DEPARTMENT OF JUSTICE NOTICE OF LIEN FOR FINE AND/OR RESTITUTION IMPOSED PURSUANT TO THE ANTI-TERRORISM AND EFFECTIVE DEATH PENALTY ACT OF 1996. NOTICE IS HEREBY GIVEN OF A LIEN AGAINST THE PROPERTY OF THE DEFENDANT TEDDY MCCAIN. PURSUANT TITLE 18, UNITED STATES CODE 3613 (C), A FINE IMPOSED PURSUANT TO THE PROVISIONS OF SUBCHAPTER C OF CHAPTER 227 OR AN ORDER OF RESTITUTION IMPOSED PURSUANT TO 18 U.S.C. 2248, 2259, 2264, 2327, 3663, 3663A OR 3664 IS A LIEN IN FAVOR OF THE UNITED STATES UPON ALL PROPERTY BELONGING TO THE PERSON FINED OR ORDERED TO PAY RESTITUTION. NAME OF DEFENDANT: TEDDY MCCAIN. SOCIAL SECURITY NUMBER: XXX-XX-9123. RESIDENCE: 11440 APPLEDOWRE WAY GERMANTOWN, MD 20876. SPECIAL ASSESSMENT: EIGHT THOUSAND FIVE HUNDRED THIRTY SEVEN DOLLARS ($8,537.00). COURT IMPOSING JUDGMENT: US DISTRICT COURT OF MARYLAND. COURT NUMBER: PWG-13-000524. DATE OF JUDGMENT: SEPTEMBER 29, 2014. RATE OF INTEREST: INTEREST WAIVED, ENTERED.

Creditor
UNITED STATES OF AMERICA
C/O U.S. DEPARTMENT OF JUSTICE
UNITED STATES ATTORNEY
36 S CHARLES ST 4TH FL
BALTIMORE MD 21201-2692

Creditor's Attorney:

**IN TESTIMONY WHEREOF,** I hereunto set my hand and affix the seal of this Court.

*Loretta E. Knight*
Clerk of the Circuit Court for
Montgomery County, Maryland

US DISTRICT COURT OF MARYLAND BALTIMORE DIVISION
101 WEST LOMBARD ST
BALTIMORE MD 21201